THE PEOPLE OF THE STATE OF ILLINOIS, *ex relatione*
JAMES M. DUNCAN, Clerk of the Supreme Court, *v.*
JOHN G. MCHATTON, Sheriff of Schuyler County.

*Motion for Attachment.*

An order or rule upon an officer to return process should be served by copy.

IN this case the relator produced the order of the Court requir-
ing the defendant to return certain fee bills and executions for
costs, which, it appeared by affidavit, had been committed to him
for collection, and which he had failed to return.    The return to
the copy of the rule, was as follows :

" Served this rule, by reading, on John G. McHatton, the 23d
day of January, 1841.
           " SAMUEL MASON, *Coroner of Schuyler County.*"

J. Y. SCAMMON, for the relator, moved that an attachment issue
against the defendant.

M. MCCONNEL objected.

*Per curiam :*
The rule should have been served by copy.    The return is in-
sufficient.    The motion must be denied.
*Motion denied.*